UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALERIE L. RYAN,

    Plaintiff,

v.                                                            Case No. 6:19-cv-2241-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("**Commissioner**") decision to deny her disability benefits and supplemental income payments. (Doc. 1.) Plaintiff argues the Administrative Law Judge erred when determining she could perform light work with limitations. (Doc. 26, pp. 12–18, 25–26.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends affirming the Commissioner's decision. (Doc. 27 ("**R&R**").)

No party objected to the R&R, and the time for doing so has passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 27) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED.**

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Valerie L. Ryan and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 30, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record